IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ERIC MICHAEL PAZIAN,

        Appellant,

v.

        Case No. 5D21-961
        LT Case No. 2020-CF-000344

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed June 7, 2022

Appeal from the Circuit Court
for Citrus County,
T. Michael Johnson, Senior Judge.

Matthew J. Metz, Public Defender, and
Scott G. Hubbard, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Carmen F. Corrente,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

        AFFIRMED.

EISNAUGLE, HARRIS and SASSO, JJ., concur.